IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KEVIN MAURICE WILLIAMS,

        Plaintiff

   VS.

NO. 5: 05-CV-310 (CAR)

OFFICER CANTY, *et al.*,

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

        Defendants

## O R D E R

Before the court is a number of motions filed by plaintiff KEVIN MAURCIE WILLIAMS. These motions are dealt with hereafter:

**MOTION TO COMPEL** (Tab #28)

**MOTION FOR DISCOVERY/COURT ORDER TO TAKE DEPOSITIONS FROM WITNESSES AND DEFENDANTS** (Tab #33)

**MOTION TO COMPEL** (Tab #36)

All of the above motions were filed *after* the close of discovery on February 6, 2006, and after defendants filed a Motion for Summary Judgment (Tab #21) and after the court directed plaintiff to respond thereto (Tab #26). Plaintiff neither sought nor was he granted an extension of the discovery period provided for in the court's order of September 6, 2005. Accordingly, these motions are DENIED as untimely filed.

**MOTION TO CONTINUE RULING ON MOTION FOR SUMMARY JUDGMENT** (Tab #31)

This motion is DENIED.  Defendants' motion seeking summary judgment was timely filed; plaintiff WILLIAMS has filed his response thereto.  Tab #27.  As noted above, the period permitted for discovery expired without any request for an extension.  The motions submitted by plaintiff (Tabs #28, #33, and #36) were filed after defendants submitted their motion for summary judgment.  In addition, it should be noted that plaintiff has failed to specify a need to take depositions of the many witnesses and defendants he lists, averring only that their testimonies are "relevant."  Furthermore, even if such depositions were to be ordered, it would be the responsibility of plaintiff WILLIAMS to pay for the same.  *In forma pauperis* status does not confer upon him the right to "free" depositions; he would have to make prior financial arrangements before such depositions could even be considered.

For the foregoing reasons, plaintiff's motions (Tabs #28, #31, #33, and #36) are DENIED.

SO ORDERED AND DIRECTED, this 14th day of APRIL, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE