IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KEVIN MAURICE WILLIAMS,<br><br>　　　　　Plaintiff<br><br>　　VS.<br><br>MRS. CANTY, *et al.*,<br><br>　　　　　Defendants | NO.  5: 05-CV-310 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

Plaintiff KEVIN MAURICE WILLIAMS, by and through legal counsel, has filed two motions herein seeking guidance from the court and authorization to submit a Recast Complaint and reopen discovery.  Tabs #42 and #43.  Insofar as his request to reopen discovery is concerned, said request is GRANTED to the extent that all parties shall have **180 DAYS** from the date of this order in which to seek discovery from one another.  Discovery is reopened for the purposes set forth in numbered paragraphs (1) through (8) inclusive of plaintiff's **SECOND MOTION FOR CONTINUED DISCOVERY** (Tab #43) subject to the right of the defendants to submit objections.  Any requests for the expenditure of funds from the court for experts and other expenses shall be submitted *ex parte* to the court for consideration and authorization prior to incurring such expenses.

Plaintiff's request to file a Recast Complaint is GRANTED, and defendants shall have **THIRTY DAYS** from the date of service upon them of said Recast Complaint in which to file responsive pleadings. Counsel for plaintiff is directed to file his Recast Complaint with the court and to serve opposing counsel with a copy thereof FORTHWITH.

SO ORDERED AND DIRECTED, this 18th day of AUGUST, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE