FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2007 MAR 14 PM 4: 14

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KEVIN MAURICE WILLIAMS,

Plaintiff

VS.

MRS. CANTY, *et al.*,

Defendants

NO. 5: 05-CV-310 (CAR)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

## O R D E R

Pending before the court are two related motions, a **MOTION FOR SCHEDULING ORDER** (Tab #51) and a **CONSENT MOTION FOR DEPOSITION** (Tab #52). This order is intended to be dispositive of both motions.

### CONSENT MOTION FOR DEPOSITION (Tab #52)

IT IS ORDERED AND DIRECTED that discovery herein be, and it is, re-opened for a period of **SIXTY (60) DAYS** for the limited purpose of permitting counsel for the defendants to take the deposition of Thomas L. Hopkins, M. D. and permitting the parties to take the deposition(s) of any expert witnesses identified by the opposing party.

### MOTION FOR SCHEDULING ORDER (Tab #51)

Insofar as a Scheduling Order is concerned, in light of the history of this case (transfer in from the Northern District of Georgia, original *pro se* filing, appointment of counsel to represent plaintiff, taking of depositions of witnesses, etc.), and the time which has elapsed since its original filing,

counsel for the parties are ORDERED AND DIRECTED to consult with one another WITHIN

TWENTY (20) DAYS of the date of this order for the purpose of submitting to the court a

**PROPOSED SCHEDULING AND DISCOVERY ORDER**, utilizing the form provided by the Honorable

C. Ashley Royal, district judge, a copy of which is attached to this order. The undersigned recognizes

that the parties have been proceeding thus far without the benefit of a Scheduling and Discovery

Order and that it may be necessary to adapt the attached form to the situation at hand.

SO ORDERED AND DIRECTED, this 14th day of MARCH, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE